No. 09–9957.  FORD v. PLILER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 09–9962.  COLEMAN v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 09–9972.  HENNECKE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 09–9986.  JAIYEOLA v. CARRIER CORP.  C. A. 2d Cir.  Certiorari denied.

No. 09–9994.  GERMAINE v. ST. GERMAINE.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 09–9995.  GOSS v. FLORIDA UNEMPLOYMENT APPEALS COMMISSION ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 09–10012.  HIGGINBOTTOM v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 09–10043.  MAKIDON v. WOODS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 09–10059.  HOCHSTRASER v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 09–10061.  LUCERO GARCIA v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 09–10077.  MARTINEZ v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 09–10079.  SANDER v. GREENSPAN & GREENSPAN ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 09–10098.  GATHERS v. EAGLETON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 09–10153.  TORRES v. CHAPMAN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 09–10168.  NOEL v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.